**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Castle Metal Finishing Corp.

                                Plaintiff,

v.                                                                 Case No.: 1:21−cv−01587
                                                                              Honorable Charles P. Kocoras

B2B Industrial Products LLC, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 14, 2021:

      MINUTE entry before the Honorable Charles P. Kocoras: Telephonic status hearing held. Counsel reported that the matter has been resolved. This case is dismissed without prejudice to convert to a dismissal with prejudice on 11/15/2021 without further order of court. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.