IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CASTLE METAL FINISHING CORP., on behalf of Plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 21 C 1587 |
| B2B INDUSTRIAL PRODUCTS LLC, doing business as B2B INDUSTRIAL PACKAGING LLC, and JOHN DOES 1-10, | ) ) ) ) ) | Judge Kocoras Magistrate Judge Fuentes |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

Plaintiff Castle Metal Finishing Corp. and Defendant B2B Industrial Products LLC pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant B2B Industrial Products LLC with prejudice and without costs. Plaintiff Castle Metal Finishing Corp.'s class claims against Defendant B2B Industrial Products LLC are dismissed without prejudice and without costs. Plaintiff Castle Metal Finishing Corp.'s claims against Defendants John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Ian H. Fisher (w/ consent) |
| Daniel A. Edelman | Ian H. Fisher |
| Heather Kolbus | TAFT STETTINIUS |
| EDELMAN COMBS LATTURNER |     & HOLLISTER LLP |
|     & GOODWIN, LLC | 111 E. Wacker Drive, Suite 2800 |
| 20 S. Clark St., Suite 1500 | Chicago, IL 60601 |
| Chicago, IL 60603 | (312) 527-4000 |
| (312) 739-4200 | |

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on Monday, November 15, 2021, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent via email to the following party:

    Ian Howard Fisher - IFisher@taftlaw.com
    TAFT STETTINIUS & HOLLISTER LLP
    111 E. Wacker Drive, Suite 2800
    Chicago, IL 60601

                                                       s/ Heather Kolbus
                                                       Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1